writ of certiorari to the Supreme Court of Arkansas granted. *Messrs. Theron W. Agee* and *David Sidney Partain* for petitioner. *Mr. Thomas B. Pryor* for respondent.

No. 1189. DE BEERS CONSOLIDATED MINES, LTD. ET AL. *v.* UNITED STATES; and

No. 1190. SOCIETE INTERNATIONALE FORESTIERE ET MINIERE DU CONGO ET AL. *v.* UNITED STATES. April 23, 1945. Petitions for writs of certiorari to the District Court of the United States for the Southern District of New York granted. *Messrs. Robert T. Swaine* and *Wm. Dwight Whitney* for petitioners in No. 1189. *Mr. John M. Harlan* for petitioners in No. 1190. *Solicitor General Fahy, Assistant Attorney General Berge, Messrs. Charles H. Weston, Herbert A. Berman* and *Edward S. Stimson* for the United States.

Nos. 1080 and 1191. UNIVERSAL OIL PRODUCTS Co. *v.* ROOT REFINING Co. April 23, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration or decision of these applications. *Messrs. Robert T. McCracken* and *Ralph S. Harris* for petitioner. *Messrs. J. Bernhard Thiess, Thorley von Holst, Sidney Neuman* and *Robert W. Poore* for respondent.

No. 825. HAWK *v.* OLSON, WARDEN. April 23, 1945. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *Henry Hawk, pro se. Walter R. Johnson,* Attorney General, and *H. Emerson Kokjer,* Deputy Attorney General, for respondent.